# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>      v.<br><br>$56,132.65 SEIZED FROM VARIOUS BANK OF AMERICA ACCOUNTS, et al.,<br>      Defendants. | No. CV 17-7799 DSF (SSx)<br><br>JUDGMENT |

    The Court having granted a motion for default judgment against all potential claimants related to $56,132.65 seized from various Bank of America accounts; $7,048.09 seized from various Bank of the West accounts; $4,001.35 seized from JP Morgan Chase account XXXX-90852; and $5,349.11 seized from US Bank account XXXXXXX66888 (Defendant Bank Funds),

    IT IS ORDERED AND ADJUDGED that all right, title, and interest of potential claimants Hsin Chieh Jerry Wang, Defeng Hu, Haibo Institute LLC, Wanda Management LLC and all other potential claimants in and to Defendant Bank Funds are condemned and forfeited to the United States of America, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 9, 2018

_____
Dale S. Fischer
United States District Judge